# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-11131
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 21, 2014

Lyle W. Cayce
Clerk

In the Matter of:  REOSTAR ENERGY CORPORATION,

Debtor

------------------------------------------------------------

JOHN D. GALARNYK,

Appellant

Appeal from the United States District Court
for the Northern District of Texas
4:12-CV-46

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.